UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MCALPINE,<br><br>    Petitioner,<br><br>    v.<br><br>CRAIG KOENIG, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 15-628-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 28, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE